# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LOVINA R. O/B/O M.J.R., A MINOR CHILD,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No.  2:17-CV-271-FVS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 11, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on an Report and Recommendation (ECF No. 17) to deny Plaintiff's Motion for Summary Judgment (ECF No. 13) and to grant Defendant's Motion for Summary Judgment (ECF No. 14).

Date:  October 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb